IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTOPHER LOADHOLT**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>**H.R. MEININGER CO.**,<br><br>Defendant. | Civil Case Number: 1:22-cv-07705-RA |

## ~~[PROPOSED]~~ DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 10, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-07705-RA**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 11th day of April 2023.**

HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE